**IN THE SUPREME COURT OF PENNSYLVANIA**
**EASTERN DISTRICT**

COMMONWEALTH OF PENNSYLVANIA,   :   No. 211 EAL 2018

                  Respondent   :

                              :   Petition for Allowance of Appeal from
                              :   the Order of the Superior Court

                    v.   :

MICHAEL E. KEELING,   :

                  Petitioner   :

## ORDER

**PER CURIAM**

      **AND NOW**, this 3rd day of December, 2018, the Petition for Allowance of Appeal is **DENIED**.